UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESTER DANE BLANTON, II,<br><br>Defendant. | CASE NO. CR11-18RSM<br><br>**ORDER** |

Defendant's pro se motion to appoint counsel filed November 9, 2020 (Dkt #45), is GRANTED. The Clerk is directed to provide a copy of this Order to the CJA Coordinator for appointment of counsel in this matter.

DATED this 10th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE