UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>LESTER DANE BLANTON, III,<br><br>                Defendant. | Case No.  C11-18RSM<br><br>ORDER |

Pursuant to the Court's January 14, 2021, order (Dkt #48), the defendant's request for appointment of counsel was denied.

Defendant's January 25, 2021, pro se motion to be moved to FDC Sea Tac (Dkt #49) is DENIED AS MOOT.

DATED this 22rd day of February, 2021.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE