UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LESTER DANE BLANTON, II, <br><br> Defendant. | CASE NO. CR11-18RSM <br><br> ORDER DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL |

The Court has considered Defendant's Motion for Appointment of Counsel (dkt #54). The defendant's motion is hereby DENIED.

Dated this 24th day of January, 2022.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1