THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR11-018-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |
| LESTER DANE BLANTON, II, | ) | |
| Defendant. | ) | |

THE COURT has considered the motion to withdraw and for appointment of new counsel along with the records in this case.

IT IS ORDERED that Assistant Federal Public Defender Sara Brin is permitted to withdraw as defense counsel in this matter and that Stephan Illa shall be appointed to represent Lester Blanton from the CJA Panel.

DONE this 22nd day of May 2026.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender

ORDER TO WITHDRAW AND FOR
APPOINTMENT OF NEW COUNSEL
(*United States v. Blanton*, CR11-018-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**